# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Central Illinois Carpenters Health & Welfare Trust Fund, Mid-Central Illinois Carpenters Retirement Savings Fund, Mid-Central Illinois Regional Council of Carpenters – Joint Apprenticeship & Training Committee, Chicago Regional Council of Carpenters, Southern Region f/k/a Mid-Central Illinois Regional Council Of Carpenters, Central Illinois Builders, Carpenters Labor Management Education & Development Fund, Mid-Central Illinois Regional Council of Carpenters Promotional Fund, Mid-Central Illinois Joint Labor Management Substance Abuse Testing & Assistance Fund, and Carpenters Local 270,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>Total Home Restoration, Inc. a/k/a, or d/b/a "THR 1,"<br><br>　　　　　Defendant. | FILED<br>AUG 15 2018<br>CLERK OF THE COURT<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br><br>Case Number: 18-3120 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs and against Defendant for audit liability in the amount of $13,070.86, liquidated damages in the amount of $2,614.31, interest in the amount of $4,313.41, audit costs of $1,390.95, and attorney's fees and costs in the amount of $2,522.20.

**Dated: August 14, 2018**

                                                               s/ Denise Koester
                                                               Denise Koester
                                                               Acting Clerk, U.S. District Court

Approved:    s/ Sue E. Myerscough
                    Sue E. Myerscough
                    U.S. District Judge